**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRIAN SHORE, | : | No. 25 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Commonwealth Court |
| | : | Order dated April 19, 2017, exited April |
| | : | 20, 2017, at No. 94 MD 2017. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

**ORDER**

**PER CURIAM**                 **DECIDED: January 18, 2018**

**AND NOW,** this 18th day of January, 2018, the order of the Commonwealth Court is **AFFIRMED**.

Justice Wecht files a concurring statement.